UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF NORTH CAROLINA
FAYETTEVILLE DIVISION

In Re:

**Sandra Lynn Barton**

Social Security No.: xxx-xx-0733
Address:2601 Adkins Hill Drive, Fayetteville, NC 28304-

Debtor

**CASE NO.  25-02420-5-PWM**
**CHAPTER   13**

### OPPOSITION TO MOTION FOR RELIEF

The Debtor, by and through the attorney undersigned, hereby oppose the motion for relief from automatic stay filed by SANTANDER BANK, N.A (hereinafter the "creditor"), and dated 4/15/26, in its entirety, based upon the following:

The undersigned either has been unable to effect any contact with the Debtor for the purpose of formulating a response to the issues raised in the motion, or has ascertained the Debtor's intention to oppose the motion, but has been unable to effect sufficient contact with her to formulate a specific response.

For the time being, therefore, in order to protect the Debtor's right to a proper hearing of the matter, the undersigned files this Opposition.

**WHEREFORE** the Debtor prays that the Court deny the creditor's motion, set this matter for hearing, and provide such other relief as to the Court seems just and proper.

Dated: May 4, 2026

**LAW OFFICES OF JOHN T. ORCUTT, P.C.**

s/ Edward C. Boltz

Edward C. Boltz
Attorney for the Debtor
N.C. State Bar No. 23003
6616-203 Six Forks Road
Raleigh, N.C. 27615
Telephone: (919) 286-1695
Fax: (919) 286-2704
Email: postlegal@johnorcutt.com

**CERTIFICATE OF SERVICE**

I, Charlene Ennemoser, of the Law Offices of John T. Orcutt, P.C., certify under penalty of perjury that I am, and at all times hereinafter mentioned was, more than eighteen (18) years of age, and that on May 4, 2026, I served copies of the foregoing **OPPOSITION TO MOTION FOR RELIEF** , by automatic **electronic noticing** upon the following parties:

S. Troy Staley
Chapter 13 Trustee

Eudora Arthur
Attorney for Santander Bank, N.A.

by **regular U.S. mail**, upon the following parties:

Sandra Lynn Barton
2601 Adkins Hill Drive
Fayetteville, NC 28304-

s/ Charlene Ennemoser